# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

___

BRANDI NEAL-DAVIS,

    Plaintiff,

v.

RESOURCE RECOVERY SYSTEMS, LLC,

    Defendant.

Case No. 21-cv-12588
Hon. Matthew F. Leitman

___

| | |
|---|---|
| THE RIDDELL LAW FIRM PLLC<br>Sean Riddell (P81302)<br>Amyra Woods (P84515)<br>*Attorneys for Plaintiff*<br>400 Renaissance Center, Suite 2600<br>Detroit, Michigan 48243<br>Phone: (313) 497-0074<br>sriddell@riddelllawfirm.com<br>awoods@riddelllawfirm.com | LITTLER MENDELSON, P.C.<br>Michael A. Chichester, Jr. (P70823)<br>*Attorney for Defendant*<br>200 Renaissance Center, Suite 3110<br>Detroit, Michigan 48243<br>Phone: (313) 446-6400<br>mchichester@littler.com<br><br>LITTLER MENDELSON, P.C.<br>Amanda L. Trull<br>Georgia Bar No. 396261<br>*Attorney for Defendant*<br>3424 Peachtree Road NE, Suite 1200<br>Atlanta, Georgia 30326<br>Phone: (404) 233-0330<br>atrull@littler.com |

___

## **STIPULATED ORDER OF DISMISSAL**

Plaintiff Brandi Neal-Davis, through her attorneys, and Defendant Resource Recovery Systems, LLC, through its attorneys, stipulate to dismiss this action with

1

prejudice and without costs or fees assessed against either party. Therefore, the parties to this matter consent and stipulate to the entry of the following Order:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint and Jury Demand (ECF No. 1) is dismissed with prejudice without costs or fees assessed against either party.

**IT IS SO ORDERED**.

> s/Matthew F. Leitman
> MATTHEW F. LEITMAN
> UNITED STATES DISTRICT JUDGE

Dated: July 21, 2022

The following stipulate to entry of this Order as to form and substance:

| | |
|---|---|
| */s/ Amyra Woods* | */s/ Amanda L. Trull (with consent)* |
| THE RIDDELL LAW FIRM PLLC | LITTLER MENDELSON, P.C. |
| Sean Riddell (P81302) | Michael A. Chichester, Jr. (P70823) |
| Amyra Woods (P84515) | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | 200 Renaissance Center, Suite 3110 |
| 400 Renaissance Center, Suite 2600 | Detroit, Michigan 48243 |
| Detroit, Michigan 48243 | Phone: (313) 446-6400 |
| Phone: (313) 497-0074 | mchichester@littler.com |
| sriddell@riddelllawfirm.com | |
| awoods@riddelllawfirm.com | LITTLER MENDELSON, P.C. |
| | Amanda L. Trull |
| | Georgia Bar No. 396261 |
| | *Attorney for Defendant* |
| | 3424 Peachtree Road NE, Suite 1200 |
| | Atlanta, Georgia 30326 |
| | Phone: (404) 233-0330 |
| | atrull@littler.com |